PAUL MANN, PLAINTIFF-PETITIONER, v. MORRISTOWN MEMORIAL HOSPITAL, *ET ALS.*, DEFENDANTS-RE-SPONDENTS.

*Messrs. Green & Laskey* and *Mr. Robert B. Silverman* for the petitioner.

*Messrs. Porzio, Bromberg & Newman; Messrs. Mead, Gleeson, Hansen & Pantages,* and *Mr. Stanley G. Bedford* for the respondents.

April 18, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY FRESCO, DEFENDANT-PETITIONER.

*Mr. Leonard I. Weinglass* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchick* for the respondent.

April 18, 1967. Denied.

GEORGE H. SANDS, *ET ALS.*, PLAINTIFFS-PETITIONERS, CROSS-RESPONDENTS, v. JAMES T. HAUPTLI, *ET ALS.*, DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

*Mr. John F. Cannon* and *Mr. William L. Boyan* for the petitioners-cross-respondents.

*Messrs. Smith, Stratton, Wise & Heher* for the respondents-cross-petitioners.

April 18, 1967. Denied.